IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY CLAPP, MARY JONES, DARYL MCCLEARY** and **ROBIN MCGUIRE**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ACCORDIA LIFE AND ANNUITY COMPANY** and **ALLIANCE-ONE SERVICES, INC.**,<br><br>Defendants. | Civil No. 2:17-cv-2097 |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Larry Clapp, Mary Jones, Daryl McCleary, and Robin L. McGuire (collectively "Plaintiffs"), by Counsel, respectfully move the Court to enter the tendered [Proposed] Order Granting Preliminary Approval to Class Action Settlement, which certifies an agreed Settlement Class under Fed. R. Civ. P. 23(a) and 23(b)(3), finds and orders that under Fed. R. Civ. P. 23(e)(1) notice should be disseminated to the Settlement Class informing Class members of the terms of the settlement proposal and establishing deadlines by which Class members may exclude themselves from the settlement or object to it, and sets a final approval hearing under Fed. R. Civ. P. 23(e)(2) at which the Court will consider whether the settlement proposal should be granted final approval. Defendants do not oppose this motion, and a memorandum in support of this motion is being filed contemporaneously with this motion.

1

Dated: May 10, 2019.

Respectfully submitted,

*/s/ Vess A. Miller*
Richard E. Shevitz
Vess A. Miller
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Ph: (317) 636-6481
Fax: (317) 636-2593
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com

Stephen L. Williams
WILLIAMS LAW FIRM
646 Walnut Street
Terre Haute, IN 47807
Telephone: (812) 232-0107
steve@williamsinjurylaw.com

James M. Terrell
P. Michael Yancey
(applications for admissions forthcoming)
METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
phone:  (205) 939-0199
facsimile:  (205) 939-0399
jterrell@mtattorneys.com
myancey@mtattorneys.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record registered to receive such notifications.

    */s/ Vess A. Miller*
    Vess A. Miller