E-FILED
Friday, 07 June, 2019  11:52:01 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| LARRY CLAPP, MARY JONES, DARYL MCCLEARY, and ROBIN MCGUIRE on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACCORDIA LIFE AND ANNUITY COMPANY and ALLIANCE-ONE SERVICES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 2:17-cv-2097-CSB-EIL <br><br> Hon. Colin S. Bruce |

## ORDER GRANTING PRELIMINARY APPROVAL TO CLASS ACTION SETTLEMENT

WHEREAS, Plaintiffs in this action entitled *Larry Clapp ,Mary Jones, Daryl McCleary, and Robin McGuire v. Accordia Life and Annuity Co. and Alliance-One Services, Inc.*, 2:17-cv-02097 (C.D. Ill.) (the "Action") and Defendants Accordia Life and Annuity Company ("Accordia") and Alliance-One Services, Inc. ("Alliance-One"), have entered into a Stipulation of Settlement ("Settlement Agreement" or "Agreement"), after discovery and lengthy arms-length settlement discussions;

AND, WHEREAS, the Court has received and considered the Agreement, including the accompanying exhibits, and the record in this Action;

AND, WHEREAS, the Plaintiffs have made an unopposed application, pursuant to Federal Rule of Civil Procedure 23(e), for an order preliminarily approving the settlement of this Action;

AND, WHEREAS, the Court has reviewed the Plaintiffs' application and the supporting memorandum for such order, and has found good cause for same.

NOW, THEREFORE, IT IS HEREBY ORDERED:

## The Class is Preliminarily Certified

1.      If not otherwise defined herein, all capitalized terms have the same meanings as set forth in the Agreement.[1]

2.      Pursuant to Federal Rule of Civil Procedure 23(e), the Court certifies for the sole purpose of consummating the settlement of the Action in accordance with the Agreement a class comprised of all persons who have or had an ownership interest in a Covered Policy or Policies, or any executors or representatives of a deceased Settlement Class Member's estate, during the Settlement Class Period.  Excluded from the Settlement Class are: (i) individuals or entities who have or had an ownership interest in a policy administered or reinsured by Accordia or its affiliates, but issued by a company other than Accordia, Athene Annuity and Life Company, or either of their affiliates, subsidiaries, predecessors or assigns; (ii) individuals who are or were during the Settlement Class Period officers, directors or employees of Defendants or any of their respective affiliates and the immediate family of any such officers, directors, or employees; (iii) any justice, judge, or magistrate judge presiding over the Action and the staff and immediate family of any such justice, judge or magistrate judge; (iv) the Third Party Neutral and members of his or her respective immediate families; (v) the Settlement Administrator's personnel and members of any of

---

[1] The following capitalized terms are defined as follows:
     **Covered Policies** means all New Business Policies and Converted Policies, excluding, however, any such Covered Policy that was returned and/or cancelled pursuant to any "free-look" provision.
     **New Business Policies** means any life insurance policies that, as of May 1, 2014 and up to the date of this Order, were issued by Accordia and subsequently administered by Alliance-One.
     **Converted Policies** means any life insurance policies that were or are insured, managed or reinsured by Accordia, its parent, or any affiliated companies and were converted or scheduled to be converted to Alliance-One's administrative systems on or around either August 1, 2015 ("Wave 1 Converted Policies") or January 1, 2016 ("Wave 2 Converted Policies") to be administered by Alliance-One.  This does not include policies administered or reinsured by Accordia or its affiliates, but issued by a company other than Accordia, Athene Annuity and Life Company, or either of their affiliates, subsidiaries, predecessors or assigns.
     **Settlement Class Period** means
          a.   for New Business Policies, May 1, 2014 up to and including the date of this Order;
          b.   for Wave 1 Converted Policies, August 1, 2015 up to and including the date of this Order;
          c.   for Wave 2 Converted Policies, January 1, 2016 up to and including the date the date of this Order.

its personnel's immediate families; and (vi) all individuals who file a timely and proper request to be excluded from the Settlement Class or have otherwise released any and all Claims relating to the Covered Policies via a separate settlement agreement.

3. This certification of the Class is made for the sole purpose of consummating the settlement of the Action in accordance with the Settlement Agreement. If the Court's grant of final approval does not become final for any reason whatsoever, or if it is modified in any material respect, this class certification shall be deemed void *ab initio*, shall be of no force or effect whatsoever, and shall not be referred to or used for any purpose whatsoever, including in any later attempt by or on behalf of Class Representatives or anyone else to seek class certification in this or any other matter.

4. The Class meets all requirements of Federal Rule of Civil Procedure 23(a) and (b)(3) for certification of the class claims alleged in the Amended Complaint, including: (a) numerosity; (b) commonality; (c) typicality; (d) adequacy of the Class Representatives and Class Counsel; (e) predominance of common questions of fact and law; and (f) superiority.

5. Class Counsel and the Class Representatives are found to be adequate representatives of the Class pursuant to Rule 23 of the Federal Rules of Civil Procedure. The Court appoints Plaintiffs Larry Clapp, Mary Jones, Daryl McCleary, and Robin McGuire as representatives of the Class ("Class Representatives"). The Court also designates Plaintiffs' Counsel as Class Counsel.

**The Settlement Agreement is Preliminarily Approved and Final Approval Schedule Is Set**

6. The Court hereby preliminarily approves the Agreement and the terms and conditions of settlement set forth therein, subject to further consideration at the Final Approval Hearing.

7. The Court has conducted a preliminary assessment of the fairness, reasonableness,

and adequacy of the Agreement, considering the extent to which:

      a.      the Class Representatives and Class Counsel have adequately represented the Class;

      b.      the proposal was negotiated at arm's length;

      c.       the relief provided for the class is adequate; and

      d.      the proposal treats Settlement Class Members equitably relative to each other.

8.      The Court hereby finds that the settlement falls within the range of reasonableness meriting possible final approval and that the Parties have shown that the Court will likely be able to approve the proposal under Rule 23(e)(2) and certify the Class for purposes of judgment on the settlement.  The Court therefore preliminarily approves the proposed settlement as set forth in the Agreement.

9.      Pursuant to Federal Rule of Civil Procedure 23(e), the Court will hold a Final Approval Hearing on December 2, 2019, at 10:00.  a.m., in the Courtroom of the Honorable Judge Colin S. Bruce, Courtroom 318, United States District Court for the Central District of Illinois, 201 South Vine Street, Urbana, Illinois, 61802 for the following purposes:

      a.      determining whether the proposed settlement of the Action on the terms and conditions provided for in the Agreement is fair, reasonable and adequate and should be approved by the Court;

      b.      considering the application of Class Counsel for an award of attorneys' fees and expenses as provided for under the Agreement;

      c.      considering the application for service awards to the Class Representatives as provided for under the Agreement;

      d.      considering whether the Court should enter the Final Order and Judgment;

e.      considering whether the release by the Settlement Class Members of the
Released Claims as set forth in the Agreement and the Final Order and Judgment
should be provided; and ruling upon such other matters as the Court may deem just
and appropriate.

10.     The Court may adjourn the Final Approval Hearing and later reconvene such
hearing.

11.     Any Settlement Class Member may enter an appearance in the Action, at his or her
own expense, individually or through counsel.  Non-Objecting Settlement Class Members who do
not enter an appearance will be represented by Class Counsel.

12.     The Parties may further modify the Agreement prior to the Final Approval Hearing
so long as such modifications do not materially change the terms of the settlement provided therein.

13.     The Court retains jurisdiction to consider all further applications arising out of or
connected with the proposed settlement.  The Court may approve the Agreement with such
modifications as may be agreed to by the Parties, if appropriate, without further notice to Settlement
Class Members.

14.     Opening papers in support of final approval of the Settlement Agreement and any
application for attorneys' fees and expenses and/or the Class Representatives' service awards must
be filed with the Court and served at least fourteen (14) days prior to the Final Approval Hearing.
Reply papers, if any, must be filed and served at least five (5) days prior to the Final Approval
Hearing.

**The Court Approves the Form and Method of Class Notice and Notice Plan**

15.     The Court approves, as to form and content, the Class Notice Package and proposed
Class Notice, Independent Producer Bulletin, and Independent Producer Notice (collectively the
"Class Notice"), which are Exhibits B, C, and D, respectively, to the Agreement on file with this

Court.

16.     The Court finds that the distribution of Class Notice substantially in the manner and

form set forth in this Order and the Agreement meets the requirements of Federal Rule of Civil

Procedure 23 and due process, is the best practicable notice, is reasonably calculated, under the

circumstances, to apprise the Settlement Class of the pendency of the Action and of their right to

object to or exclude themselves from the proposed Settlement, is reasonable and constitutes due,

adequate, and sufficient notice to all persons entitled to receive notice; and meets all applicable

requirements of applicable law.

17.     Pursuant to the Agreement, the Defendants shall: (a) cause the Independent Producer

Bulletin and Independent Producer Notice to be disseminated to each Independent Producer as

described in the Agreement; and (b) cause the Class Notice Package(s) to be mailed to the last

known address of each reasonably identifiable person and entity in the Settlement Class or, in the

case of Covered Policies with multiple Policyowners, to the Designated Policyowner if one has

been elected; otherwise to all identifiable co-Policyowners listed in Defendants' Policyowner

administrative systems, by first-class mail, postage prepaid, beginning on the Class Notice

Commencement Date and pursuant to the Class Notice Schedule as described in the Agreement;

and (c) notify the appropriate federal and state officials of this Settlement Agreement as required by

the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715.

18.     Defendants, including their agents or other representatives and any other retained

personnel, are hereby authorized to communicate with Settlement Class Members concerning

Covered Policy values and the normal administration and servicing of the Covered Policies and to

engage in any other communications within the normal course of Defendants' business.

19.     The Court approves the designation of Rust Consulting to serve as the Court-

appointed Settlement Administrator for the settlement.

20.     The Settlement Administrator is ordered to institute the dissemination of the Class Notice as set forth in the Agreement, commencing no later than forty-five (45) days after the Court enters this Preliminary Approval Order.

21.     The Settlement Administrator shall re-mail any Class Notices returned by the U.S. Postal Service with forwarding addresses, research any returned Class Notices that do not include a forwarding address, or retain an address research service selected by the Settlement Administrator to conduct such research and provide the addresses of any such returned Class Notices to the address research service as soon as practicable following receipt.  The address research service shall return to the Settlement Administrator, as soon as is practicable, any updated address that it, following due research, has been able to find.

22.     The Settlement Administrator shall re-mail a Class Notice to every person and entity in the Settlement Class for which it or the address research service provides an updated address.

23.     The Settlement Administrator shall file proof of the mailing of the Class Notice Package at or before the Final Approval Hearing.

24.     The Settlement Administrator shall establish a Settlement Website, making available copies of this Order, the Class Notice, Claim Forms that may be downloaded and submitted online or by mail, the Agreement and all exhibits thereto, any motion for attorney's fees, expenses and class representative incentive awards, and such other information as may be of assistance to Settlement Class Members or required under the Agreement.

25.     The costs of the Class Notice, processing of claims, creating and maintaining the Settlement Website, and all other Claims Administrator and Class Notice expenses shall be paid by Defendants in accordance with the applicable provisions of the Agreement.

### Procedure for Settlement Class Members to Participate in Settlement

26.     Settlement Class Members who wish to file a Claim must submit their Claim Form

and supporting documentation no later than 18 months following the date of the last Class Notice

mailing, as described in the Class Notice Schedule.  Such deadline may be further extended without

notice to the Class by Court Order, by agreement between the Parties, or as set forth in the

Agreement.

### Procedure for Requesting Exclusion from the Class

27.     Any person falling within the definition of the Class may, upon his or her request,

be excluded from the Class.  Any such person must submit a Request for Exclusion to the

Settlement Administrator postmarked or delivered no later than forty-five (45) days after the last

Class Notice is mailed (the "Opt-Out Deadline"), as set forth in the Class Notice.

28.     The Settlement Administrator or its designated agents shall rent one or more post-

office boxes in the name of the Clerk of the Court, to be used for receiving requests for exclusion

and any other communications, and, other than the Court or the Clerk of the Court, only the

Settlement Administrator and its designated agents shall have access to these post-office boxes.

29.     Any Settlement Class Member who does not submit a timely, written request for

exclusion from the Settlement Class shall be bound by all proceedings, orders, and judgments in the

Action, even if such person or entity has previously initiated or subsequently initiates individual

litigation or other proceedings against any Defendant(s) or Released Party (ies) relating to Covered

Policies during the Settlement Class Period.  The written Request for Exclusion must request

exclusion from the Class, must be signed by the potential Settlement Class Member and include the

Settlement Class Member's mailing address, the policy number(s) of any Covered Policy (ies) in

which the potential Settlement Class Member has or had an ownership interest, as well as a

statement indicating that the person desires to be excluded from the Class.  All persons who submit

valid and timely Requests for Exclusion in the manner set forth in the Agreement shall have no

rights under the Agreement and shall not be bound by the Agreement or the Final Judgment and

Order.

30.     Plaintiffs shall file a list reflecting all Requests for Exclusions with the Court at or before the Final Approval Hearing.

### Procedure for Objecting to the Settlement

31.     Any Settlement Class Member who wishes to object to the fairness, reasonableness, or adequacy of the Settlement Agreement or the proposed Settlement, or to the Stipulated Fees and Costs, must submit to the Clerk of the Court for filing no later than November 2, 2019 (the "Objection Deadline") a statement of the objection, as well as the specific reasons for each objection, including any legal and factual support the Settlement Class Member wishes to bring to the Court's attention, any evidence the Settlement Class Member wishes to introduce in support of his or her objection, and the name and case number of all objections to class action settlements made by the objector or his/her counsel in the past five (5) years, or be forever barred from separately objecting.  The objection must indicate the Cause Number of this Action, 2:17-cv-2097-CSB-EIL, and be signed by the Settlement Class Member.  Upon receipt of any objection, the Clerk shall docket the objection electronically, which will provide notice to all counsel of record.

32.     Plaintiffs' Counsel and counsel for Defendants shall promptly furnish each other with copies of any and all objections or written requests for exclusion that might come into their possession.

33.     Any attorney hired by a Settlement Class Member at the Settlement Class Member's expense for the purpose of objecting to the Agreement or the proposed Settlement, or to the Stipulated Fees and Costs, must file an entry of appearance with the Clerk of the Court no later than the Objection Deadline and send a copy of such entry of appearance to the Settlement Administrator and Parties' Counsel by U.S. mail postmarked no later than the Objection Deadline.

34.     If the Parties wish to respond in writing to such objections, they must file such

responses no later than fourteen (14) days before the Final Approval Hearing.

## **Stay and Authorization**

35.    All proceedings in this Action with respect to Defendants are hereby stayed and suspended, pending the Final Order and Judgment, except such proceedings as are provided for in the Agreement, or which may be necessary to implement the terms of the Agreement, the Class Notice, or this Order.

36.    Defendants are hereby authorized (a) to establish the means necessary to administer the proposed Settlement Relief and implement the Claim Review Process in accordance with the terms of the Agreement.

37.    The Motion for Preliminary Approval of Class Action Settlement [42] is GRANTED.

IT IS SO ORDERED:   June 7, 2019

_____
Colin S. Bruce
U.S. District Judge
