IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY CLAPP, MARY JONES, DARYL MCCLEARY and ROBIN MCGUIRE**, on behalf of themselves and all others similarly situated,<br><br>  **Plaintiffs,**<br><br>  v.<br><br>**ACCORDIA LIFE AND ANNUITY COMPANY and ALLIANCE-ONE SERVICES, INC.,**<br><br>  **Defendants.** | Civil No. 2:17-cv-2097 |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES
TO CLASS COUNSEL AND FOR INCENTIVE
<u>AWARDS TO CLASS REPRESENTATIVES</u>**

Pursuant to FED. R. CIV. P. 23(h) and this Court's Order Granting Preliminary Approval to Class Action Settlement, Doc. 44 at p. 5, Plaintiffs Larry Clapp, Mary Jones, Daryl McCleary, and Robin L. McGuire (collectively "Plaintiffs" or "Class Representatives"), by Class Counsel, respectfully move the Court for an Order: (1) approving Defendants' payment of awards of attorneys' fees to Class Counsel in the sum of $2,200,000 ; and (2) approving Defendants' payment of incentive awards to the Plaintiffs for their service in the sum of $5,000 each.  Defendants do not oppose this motion, for the reasons set forth in the accompanying supporting Memorandum.[1]

---

[1] Plaintiffs are filing this motion and accompanying memorandum prior to the deadline for Class members to object to the Settlement Agreement, and it will be posted on the settlement website so that Class members can access it for free in order to determine whether they have any objections. Plaintiffs will subsequently file a motion for final approval of the settlement. Both the motion for final approval and this motion may be heard at the final approval hearing scheduled for December 2, 2019.

Dated: October 25, 2019

Respectfully submitted,

*/s/Vess A. Miller*
Richard E. Shevitz
Vess A. Miller
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Ph: (317) 636-6481
Fax: (317) 636-2593
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com

Stephen L. Williams
WILLIAMS LAW FIRM
646 Walnut Street
Terre Haute, IN 47807
Telephone: (812) 232-0107
steve@williamsinjurylaw.com

James M. Terrell
P. Michael Yancey
METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
phone:  (205) 939-0199
facsimile:  (205) 939-0399
jterrell@mtattorneys.com
myancey@mtattorneys.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record registered to receive such notifications.

                                                  */s/Vess A. Miller*

                                                  Vess A. Miller