IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY CLAPP, MARY JONES, DARYL MCCLEARY** and **ROBIN MCGUIRE**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ACCORDIA LIFE AND ANNUITY COMPANY** and **ALLIANCE-ONE SERVICES, INC.**,<br><br>Defendants. | Civil No. 2:17-cv-2097 |

## PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Larry Clapp, Mary Jones, Daryl McCleary, and Robin L. McGuire (collectively "Plaintiffs"), by Class Counsel, respectfully move the Court to enter the attached tendered [Proposed] Final Order and Judgment, which grants final approval to the Settlement and enters final judgment upon it, providing for the Settlement Class members to receive the benefits of the Settlement Agreement (ECF No. 43–1). Defendants support this motion, and a memorandum in support of this motion is being filed contemporaneously.

Dated: November 18, 2019.    Respectfully submitted,

/s/Vess A. Miller
Richard E. Shevitz
Vess A. Miller
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Ph: (317) 636-6481
Fax: (317) 636-2593
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com

1

Stephen L. Williams
WILLIAMS LAW FIRM
646 Walnut Street
Terre Haute, IN 47807
Telephone: (812) 232-0107
steve@williamsinjurylaw.com

James M. Terrell
P. Michael Yancey
METHVIN, TERRELL, YANCEY, STEPHENS
& MILLER, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
phone:  (205) 939-0199
facsimile:  (205) 939-0399
jterrell@mtattorneys.com
myancey@mtattorneys.com

*Counsel for Plaintiffs and the Certified Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record registered to receive such notifications.

/s/ Vess A. Miller
Vess A. Miller